Frank Morreale, Esq.
Matthew R. DiBlasi, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (904) 798-5466
Facsimile: (904) 358-1872

*Attorneys for Defendant Lupin Atlantis Holdings SA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INSPIRX, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>LUPIN ATLANTIS HOLDINGS SA,<br><br>Defendant. | Case No. 1:20-cv-03214 (JSR)<br><br>**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

In accordance with the Individual Rules of Practice of this Honorable Court and the Civil Case Management Plan (ECF No. 13), Defendant Lupin Atlantis Holdings SA ("Lupin") hereby provides the following Notice of Summary Judgment to this Court and to Plaintiff InspiRx, Inc. ("InspiRx"):

(1) Lupin intends to bring a Motion for Summary Judgment on the grounds that there are no disputed issues of material fact concerning Count 1 (Express Breach -- Failure to Use Commercially Reasonable Efforts); Count 2 (Express Breach -- Failure to Meet Minimum Requirements) and Count 3 (Breach of Covenant of Good Faith and Fair Dealing) of the First Amended Complaint (ECF No. 14), and judgment should be granted in Lupin's favor as a matter of law;

(2) The schedule for service and filing of the parties' papers is:

(a) Lupin's moving papers: October 5, 2020;

(b) InspiRx's opposition papers: October 19, 2020;

(c) Lupin's reply papers: October 26, 2020;

(3) The date and time of oral argument, as set by the Court in the Civil Case Management Plan, is November 2, 2020 at 4:00 p.m.

Dated: New York, New York
September 24, 2020

**HOLLAND & KNIGHT LLP**

By: /s/ Matthew R. DiBlasi
Frank Morreale
Matthew R. DiBlasi

31 West 52nd Street
New York, New York 10019
Telephone: (904) 798-5466
Facsimile: (904) 358-1872
frank.morreale@hklaw.com
matthew.diblasi@hklaw.com

*Attorneys for Defendant Lupin Atlantis Holdings SA*

To:
Gregory Miller, Esq.
Joshua D. Sibble, Esq.
Rivkin Radler
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601-7082

-and-

Carlton R. Asher, Jr., Esq.
The Law Offices of Carlton R. Asher, Jr.
110 East 59th Street, Suite 2200
New York, New York 10022