**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INSPIRX, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>LUPIN ATLANTIS HOLDINGS SA,<br><br>Defendant. | Case No. 1:20-cv-03214 (JPC)<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that plaintiff InspiRx, Inc. ("InspiRx"), upon its Memorandum of Law, Declaration of Gregory D. Miller with exhibits annexed thereto, Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, by its counsel, will respectfully move this Court before the Honorable John Peter Cronan, U.S.D.J., of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting its motion for partial summary judgment against defendant, Lupin Atlantis Holdings SA, pursuant to Fed. R. Civ. P. 56(a) on Count 1 of its First Amended Complaint for Breach of Contract (Express Breach – Failure to Use Commercially Reasonable Efforts), and for such other and further relief that this Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that InspiRx requests oral argument if this motion is opposed.

Dated: October 3, 2020
Hackensack, New Jersey

Respectfully submitted,

By: *s/ Gregory D. Miller*

Gregory D. Miller
Joshua D. Sibble
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495

-and-

Carlton R. Asher, Jr.
asherlaw@att.net
**Law Offices of Carlton R. Asher, Jr.**
110 East 59th Street, Suite 2200
New York, NY 10022
212-308-7171

*Attorneys for Plaintiff, InspiRx, Inc.*