Frank Morreale, Esq.
Matthew R. DiBlasi, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (904) 798-5466
Facsimile: (904) 358-1872

*Attorneys for Defendant Lupin Atlantis Holdings SA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INSPIRX, INC.,<br>Plaintiff,<br>- against -<br>LUPIN ATLANTIS HOLDINGS SA,<br>Defendant. | Case No. 1:20-cv-03214 (JPC) |

**DECLARATION OF MATTHEW R. DIBLASI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Matthew R. DiBlasi**, an attorney duly admitted to practice before the courts of the State of New York, hereby declares under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following is true and correct. I am a member of Holland & Knight LLP, attorneys for Defendant Lupin Atlantis Holdings SA ("Lupin" or "Defendant") in the above-captioned matter, and I submit this declaration in support of Defendant's Motion for Summary Judgment against InspiRx, Inc. ("Plaintiff"). I make this declaration on the basis of personal knowledge.

1. A true and correct copy of the Exclusive Distribution, License and Supply Agreement between the parties, marked as Deposition Exhibit No. 5 and identified by bates stamps LUP0000168 through LUP0000229, is attached hereto as Exhibit 1.

2. Excerpts taken from a true and correct copy of the transcript of the deposition of Dr. Michael Newhouse, the Chief Medical Officer of Plaintiff's parent company, taken August 31,

2020, are attached hereto as Exhibit 2.

3. Excerpts taken from a true and correct copy of the transcript of the deposition of Michael Amato, III, Plaintiff's marketing director, taken August 20, 2020, are attached hereto as Exhibit 3.

4. Excerpts taken from a true and correct copy of the transcript of the deposition of Tonya Winders, the president and CEO of the Allergy & Asthma Network, taken August 27, 2020, are attached hereto as Exhibit 4.

5. Excerpts taken from a true and correct copy of the transcript of the deposition of Michael Amato, Plaintiff's president and CEO, taken August 13, 2020, are attached hereto as Exhibit 5.

6. Excerpts taken from a true and correct copy of the transcript of the deposition of Jay Liska, Defendant's former senior director of marketing, taken August 11, 2020, are attached hereto as Exhibit 6.

7. Excerpts taken from a true and correct copy of the transcript of the deposition of Mickey Proctor, Defendant's former senior vice president of sales and marketing, taken August 18, 2020, are attached hereto as Exhibit 7.

8. A true and correct copy of Plaintiff's Objections and Responses to Defendant's First Set of Requests for Admissions is attached hereto as Exhibit 8.

9. Excerpts taken from a true and correct copy of the transcript of the deposition of Rohinton Toddywala, Plaintiff's Chief Technology Officer and the executive vice president for Plaintiff's parent company, taken September 11, 2020, are attached hereto as Exhibit 9.

10. Excerpts taken from a true and correct copy of the Expert Report of Christianna Vance, dated September 9, 2020, are attached hereto as Exhibit 10.

11. A true and correct copy of Defendant's Answers and Objections to Plaintiff InspiRx, Inc.'s Second Set of Interrogatories, along with the attachment thereto, is attached hereto as Exhibit 11.

12. Excerpts taken from a true and correct copy of the transcript of the deposition of Nancy Schladen, Defendant's former senior product manager, taken August 25, 2020, are attached hereto as Exhibit 12.

13. Excerpts taken from a true and correct copy of the transcript of the deposition of Kevin Turner, Defendant's National Account Director, taken September 15, 2020, are attached hereto as Exhibit 13.

14. Excerpts taken from a true and correct copy of the Expert Report of Graham D. Rogers, dated September 9, 2020, are attached hereto as Exhibit 14.

15. A true and correct copy of Defendant's Responses to Plaintiff's First Request For Admissions is attached hereto as Exhibit 15.

16. Excerpts taken from a true and correct copy of the transcript of the deposition of Janett DeTore, taken as Rule 30(b)(6) witness on behalf of Lupin on September 3, 2020, are attached hereto as Exhibit 16.

17. A true and correct copy of a February 2017 email thread among, *inter alia*, Michael Amato, Michael Amato, III, and Jay Liska, marked as Deposition Exhibit 53 and identified by the bates stamps Inspirx00004586 through Inspirx00004588, is attached hereto as Exhibit 17.

18. A true and correct copy of a February 2017 email thread among, *inter alia*, Michael Amato, III, and Jay Liska, marked as Deposition Exhibit 68 and identified by the bates stamps Inspirx00006420 through Inspirx00006423 is attached hereto as Exhibit 18.

19. Excerpts taken from a true and correct copy of the transcript of the deposition of

David Shirkey, Defendant's former national account director, taken September 9, 2020, are attached hereto as Exhibit 19.

20. Excerpts taken from a true and correct copy of the transcript of the deposition of Janett DeTore, Defendant's vice president of market access and trade relations, taken September 24, 2020, are attached hereto as Exhibit 20.

21. A true and correct copy of a February 2017 email thread among, *inter alia*, Michael Amato, III, and Jay Liska, marked as Deposition Exhibit 45 and identified by the bates stamps LUP0035513, is attached hereto as Exhibit 21.

22. A true and correct copy of a February 2017 power point presentation, marked as Deposition Exhibit 45a and identified by the bates stamps LUP0035514 through LUP0035534, is attached hereto as Exhibit 22.

23. Fourteen (14) fact depositions have occurred, and the parties have exchanged hundreds of thousands of pages of documents.

Dated: New York, New York
October 5, 2020

/s/ Matthew R. DiBlasi
Matthew R. DiBlasi