Frank Morreale, Esq.
Matthew R. DiBlasi, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (904) 798-5466
Facsimile: (904) 358-1872

*Attorneys for Defendant Lupin Atlantis Holdings SA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INSPIRX, INC.,<br>Plaintiff,<br>- against -<br>LUPIN ATLANTIS HOLDINGS SA,<br>Defendant. | Case No. 1:20-cv-03214 (JPC) |

**SUPPLEMENTAL DECLARATION OF MATTHEW R. DIBLASI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Matthew R. DiBlasi**, an attorney duly admitted to practice before the courts of the State of New York, hereby declares under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following is true and correct.

1. I am a member of Holland & Knight LLP, attorneys for Defendant Lupin Atlantis Holdings SA ("Lupin" or "Defendant") in the above-captioned matter, and I submit this supplemental declaration in support of Defendant's Motion for Summary Judgment against InspiRx, Inc. ("Plaintiff"). I make this declaration on the basis of personal knowledge.

2. An excerpt taken from a true and correct copy of the transcript of the deposition of Michael Amato, Plaintiff's president and CEO, taken August 13, 2020, is attached hereto as Exhibit 1.

3. In order to address Plaintiff's inclusion of new facts in their 56.1 counter-statement,

Defendant submits Defendant's reply to Plaintiff's Local Rule 56.1 response to Defendant's statement of material undisputed facts in support of Defendant's motion for summary judgment, a true and correct copy of which is attached hereto as Exhibit 2.

Dated: New York, New York
October 26, 2020

/s/ Matthew R. DiBlasi
Matthew R. DiBlasi