

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

WWW.RIVKINRADLER.COM

25 Main Street, Suite 501
Court Plaza North
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2020

November 9, 2020

**VIA ECF**
The Honorable John P. Cronan, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007-1312

Re:  *InspiRx Inc. v. Lupin Atlantis Holdings SA*
     Civil Action No. 1:20-cv-03214-JPC

Dear Judge Cronan:

Pursuant to Rule 3.B of Your Honor's Individual Rules and Practices in Civil Cases, we write to request a four-day extension of time to comply with the Court's October 26 Order regarding the submission of proposed redactions to previously filed documents.

We are continuing to prepare proposed redactions for the voluminous summary judgment filings and are near completion of that task. Additional time, however, would be helpful to complete the remaining redactions, ensure their accuracy, and confer with Defendant's counsel regarding the final submission. We therefore request an extension of four days—i.e., through Friday, November 13, 2020—to file our submission.

We have conferred with Defendant's counsel and Defendant does not oppose this request.

We appreciate your attention to this matter.

> It is hereby ORDERED that Plaintiff's request is GRANTED. The parties shall have until November 13, 2020 to submit the proposed redactions pursuant to the Court's October 26, 2020 Order.
>
> SO ORDERED.
>
> Date:   November 9, 2020
>         New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Respectfully submitted,

RIVKIN RADLER LLP

*s/ Gregory D. Miller*

Gregory D. Miller

cc: All counsel of record via ECF

9 Thurlow Avenue
Albany, NY 12203
T 518.462.3000  F 518.462.4199

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333