# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

INSPIRX, INC.,

                       Plaintiff,                          20 **CIVIL** 3214 (JPC)

            -against-                          **JUDGMENT**

LUPIN ATLANTIS HOLDINGS SA,

                       Defendant.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2021, the Court grants Lupin's motion for summary judgment and denies InspiRx's motion for partial summary judgment; accordingly, this case is closed.

**Dated:**  New York, New York
           August 13, 2021

                                                       **RUBY J. KRAJICK**

                                                           Clerk of Court

                                    **BY:**

                                                            **Deputy Clerk**